## WALKER v. WAINWRIGHT, CORRECTIONS DIRECTOR.

No. 354, Misc. Decided May 22, 1967.

Petitioner *pro se.*

*Earl Faircloth,* Attorney General of Florida, and *Stanley D. Kupiszewski, Jr.,* Assistant Attorney General, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Supreme Court of Florida for further consideration in light of *Anders* v. *California,* 386 U. S. 738.

MR. JUSTICE BLACK, MR. JUSTICE HARLAN, and MR. JUSTICE STEWART are of the opinion that certiorari should be denied.

## CHEWIE v. LOCK, COUNTY ATTORNEY, ET AL.

No. 1530, Misc. Decided May 22, 1967.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.